## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **LEQUANTHE H.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**MARTIN O'Malley, Commissioner of the Social Security Administration,**<br><br>    **Defendant**. | **ORDER ADOPTING AND AFFIRMING REPORT AND RECCOMENDATION**<br><br>**Case No. 2:23-cv-00924-DAK-DAO**<br><br>**Judge Dale A. Kimball**<br><br>**Magistrate Judge Daphne A. Oberg** |

On January 18, 2024, Magistrate Judge Daphne A. Oberg issued a Report and Recommendation recommending that the court deny Plaintiff's motion [ECF No. 6]. Judge Oberg reasoned that, despite her unemployment, Plaintiff reports her gross monthly income exceeds 200% of the Federal Poverty Guidelines based on her household size. As a result of this, Plaintiff has not shown a financial inability to pay the required filing fee. On January 19, 2024, Plaintiff paid the required filing fee [ECF No. 7]. Accordingly, this court adopts Judge Oberg's Report and Recommendation. Thus, Plaintiff's motion is DENIED, and the issue is now MOOT.

DATED this the 22nd day of January 2024.

BY THE COURT:

DALE A. KIMBALL
United States District Judge