_____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

_____

| | |
|---|---|
| **LEQUANTE H.,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**MICHELLE A. KING, Acting Commissioner of the Social Security Administration,**<br><br>       **Defendant.** | **ORDER AFFIRMING AND ADOPTING REPORT & RECOMMENDATION**<br><br>**Case No. 2:23CV00924-DAK-DAO**<br><br>**Judge Dale A. Kimball**<br><br>**Magistrate Judge Daphne A. Oberg** |

_____

This case was assigned to United States District Court Judge Dale A. Kimball, who referred the case to United States Magistrate Judge Daphne A. Oberg under 28 U.S.C. § 636(b)(1)(B). On January 8, 2025, the Magistrate Judge entered a Report and Recommendation ("R&R"), recommending that the court affirm the Commissioner's decision to deny Ms. H.'s application for disability insurance benefits.[1]

The R&R notified the parties that any objection to the R&R must be filed within fourteen days of being served with a copy of the R&R. No objection has been filed as of the date of this Order.

"In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150, (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a

_____

[1] ECF No. 23.

de novo or any other standard, when neither party objects to those findings"). The court is

satisfied that Judge Oberg's recommendation, which was made after a thorough analysis of the

challenged issue, is sound and that there is no clear error on the face of the record. *See* Fed. R.

Civ. P. 72(a).

Accordingly, the court AFFIRMS and ADOPTS Magistrate Judge Oberg's Report and

Recommendation [ECF No. 23] in its entirety. This decision of the Commissioner is AFFIRMED.

DATED this 28th day of January 2025.

BY THE COURT:

DALE A. KIMBALL
United States District Judge